AT_Rule_7_1_Statement_for_Deft.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
:      ECF CASE
**TOTALMAR NAVIGATION CORP.,**      :
:      **08 CV 1659 (HB)**
            **Plaintiff,**      :
:      RULE 7.1 STATEMENT
       v.      :      <u>FOR DEFENDANT</u>
:
**ATN INDUSTRIES, INC.,**      :
:
            **Defendant.**      :
:
-------------------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **ATN Industries, Inc.**, a corporation, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:  **NONE.**

**Dated:   New York, New York**
          **March 5, 2008**

*[signature: Carl E. Person]*
_____
**Carl E. Person   (CP 7637)**
**Attorney for the Defendant, ATN Industries, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**
**Email:  carlpers@ix.netcom.com**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                    :    ECF CASE

**TOTALMAR NAVIGATION CORP.,**

                                                    :    08 CV 1659 (HB)

              **Plaintiff,**

                                                    :    <u>**PROOF OF SERVICE**</u>

             v.

**ATN INDUSTRIES, INC.,**

              **Defendant.**
-----------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on March 5, 2008, I served a true copy of the foregoing

**RULE 7.1 STATEMENT FOR DEFENDANT**

dated March 5, 2008, on the attorney for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

        **Rahul Wanchoo, Esq.**
        **Law Offices of Rahul Wanchoo**
        **350 Fifth Avenue - 59th Floor**
        **New York NY  10118**

**Dated:  March 5, 2008**

_____
                 **Carl E. Person (CP 7637)**