AT_Notice_of_Appear_for_Deft.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                                        :   ECF CASE
**TOTALMAR NAVIGATION CORP.,**                                          :
                                                                        :   08 CV 1659 (HB)
                                            **Plaintiff,**              :
                                                                        :   NOTICE OF APPEARANCE
                                   v.                                   :   <u>FOR DEFENDANT</u>
                                                                        :
**ATN INDUSTRIES, INC.,**                                               :
                                                                        :
                                            **Defendant.**              :
                                                                        :
-------------------------------------------------------------------------x

       **Please take notice** that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendant, **ATN Industries, Inc.**, a corporation.

**Dated:**   **New York, New York**
             **March 5, 2008**

                                                        _____
                                                        **Carl E. Person   (CP 7637)**
                                                         **Attorney for the Defendant, ATN Industries, Inc.**
                                                         **325 W. 45th Street - Suite 201**
                                                         **New York, New York 10036-3803**
                                                         **(212) 307-4444**
                                                         **Email:  carlpers@ix.netcom.com**

AT_Notice_of_Appear_for_Deft.doc

2

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF NEW YORK | |
| ------------------------------------------------------------------x | |
| **TOTALMAR NAVIGATION CORP.,** : | ECF CASE |
| : | 08 CV 1659 (HB) |
| **Plaintiff,** : | |
| : | **PROOF OF SERVICE** |
| v. : | |
| **ATN INDUSTRIES, INC.,** : | |
| **Defendant.** : | |
| ------------------------------------------------------------------x | |

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on March 5, 2008, I served a true copy of the foregoing

**NOTICE OF APPEARANCE FOR DEFENDANT**

dated March 5, 2008, on the attorney for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

>   **Rahul Wanchoo, Esq.**
>   **Law Offices of Rahul Wanchoo**
>   **350 Fifth Avenue - 59th Floor**
>   **New York NY  10118**

**Dated:  March 5, 2008**

_____
**Carl E. Person (CP 7637)**

2