AT_Notice_of_Appear_for_Deft.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TOTALMAR NAVIGATION CORP.,** | **ECF CASE** |
| **Plaintiff,** | **08 CV 1659 (HB)** |
| **v.** | **NOTICE OF APPEARANCE FOR DEFENDANT** |
| **ATN INDUSTRIES, INC.,** | |
| **Defendant.** | |

**Please take notice** that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendant, **ATN Industries, Inc.**, a corporation.

**Dated: New York, New York**
**March 5, 2008**

Carl E. Person

**Carl E. Person (CP 7637)**
**Attorney for the Defendant, ATN Industries, Inc.**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**
**Email: carlpers@ix.netcom.com**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                      :    ECF CASE

**TOTALMAR NAVIGATION CORP.,**    :
                                                      :    08 CV 1659 (HB)
             **Plaintiff,**    :
                                                      :    **PROOF OF SERVICE**
        v.    :

**ATN INDUSTRIES, INC.,**    :

             **Defendant.**    :
------------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on March 6, 2008, I served a true copy of the foregoing

**NOTICE OF APPEARANCE FOR DEFENDANT**

dated March 5, 2008, on the attorney for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

> **Rahul Wanchoo, Esq.**
> **Law Offices of Rahul Wanchoo**
> **350 Fifth Avenue - 59th Floor**
> **New York NY  10118**

**Dated:  March 6, 2008**

_____
                **Carl E. Person (CP 7637)**

2