**HOGAN & HARTSON LLP**
Attorneys for Defendant
875 Third Avenue
New York, NY 10022
Phone (212) 918-3000
Facsimile (212) 918-3100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
TOTALMAR NAVIGATION CORP.,                :
                                                                          :
       Plaintiff,                                       :   Index No. 08-cv-1659 (HB)
                                                                          :   ECF Case
  -against-                                                   :
                                                                          :
ATN INDUSTRIES INC.,                                :
                                                                          :
       Defendant.                                    :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE THAT, upon the declaration of John F. O'Sullivan, Esq., sworn to June 25, 2008; and the exhibits attached thereto; the accompanying memorandum of law; and upon all of the pleadings and papers heretofore served in this action, Defendant ATN Industries, Inc. ("ATN") will move this honorable Court at the United States District Court, United States Courthouse, 500 Pearl Street, New York, New York, 10007, on such date and time as the Court sets, for an Order for counter-security pursuant to Rule E(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       June 25, 2008

                                   Respectfully submitted,


                                   By_____/s/_____
                                      George F. Hritz
                                      Hogan & Hartson LLP
                                      875 Third Avenue
                                      New York, NY 10022
                                      Tel: (212) 685-8000
                                      Email: gfhritz@hhlaw.com


                                      John F. O'Sullivan
                                      Hogan & Hartson LLP
                                      Mellon Financial Center
                                      1111 Brickell Avenue, Suite 1900
                                      Miami, FL 33131
                                      Tel: (212) 918-3000
                                      Fax: 305-459-6550
                                      Email: jfosullivan@hhlaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
TOTALMAR NAVIGATION CORP.,                :
                                          :
       Plaintiff,                     :   Index No. 08-cv-1659 (HB)
                                          :   ECF Case
  -against-                              :
                                          :
ATN INDUSTRIES INC.,                      :
                                          :
       Defendant.                     :
------------------------------------------------------------- x

## AFFIRMATION OF SERVICE

    George F. Hritz affirms under penalty of perjury:

    I am an attorney admitted to practice in the State of New York and am a partner with the law firm of Hogan & Hartson LLP, attorneys for defendant in the above-captioned matter.

    I certify that on June 25, 2008, I electronically filed the Notice of Motion for Counter-Security with the Clerk of Court using CM/ECF, and it is being served this day on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF, including counsel below:

    Rahul Wanchoo, Esq.
    Law Offices of Rahul Wanchoo
    Empire State Building
    350 Fifth Avenue, 59th Floor
    New York, New York 10118
    *Attorneys for plaintiff Totalmar Navigation Corp.*

Dated:  June 25, 2008
       New York, New York

                                  _____/s/_____
                                  George F. Hritz