**HOGAN & HARTSON LLP**
Attorneys for Defendant
875  Third Avenue
New York, NY  10022
Phone (212) 918-3000
Facsimile (212) 918-3100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
TOTALMAR NAVIGATION CORP.,          :
                                                                        :
                    Plaintiff,                        :   Index No. 08-cv-1659 (HB)
                                                                        :   ECF Case
        -against-                                        :
                                                                        :   **Rule 7.1 Statement**
ATN INDUSTRIES INC.,                          :
                                                                        :
                    Defendant.                    :
------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ATN Industries Inc. (a private non-governmental party) certifies that there are no corporate parents of ATN Industries Inc. and no publicly held corporation owns an interest in ATN Industries.

Dated:  June 26, 2008

                                                            Respectfully submitted,


                                                            By_____/s/_____
                                                                 George F. Hritz
                                                                 Hogan & Hartson LLP
                                                                 875  Third Avenue
                                                                 New York, NY  10022
                                                                 Tel: (212) 918-3000
                                                                 Fax: (212) 918-3100
                                                                 Email: gfhritz@hhlaw.com

        John F. O'Sullivan
        Hogan & Hartson LLP
        Mellon Financial Center
        1111 Brickell Avenue, Suite 1900
        Miami, FL 33131
        Tel:  (305) 459-6500
        Fax: (305) 459-6550
        Email: jfosullivan@hhlaw.com

\\\MI - 030598/000002 - 128251 v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  x
TOTALMAR NAVIGATION CORP.,                       :
                                                 :
                 Plaintiff,                      :   Index No. 08-cv-1659 (HB)
                                                 :   ECF Case
     -against-                                   :
                                                 :
ATN INDUSTRIES INC.,                             :
                                                 :
                 Defendant.                      :
------------------------------------------------------------  x
```

**<u>AFFIRMATION OF SERVICE</u>**

  George F. Hritz affirms under penalty of perjury:

  I am an attorney admitted to practice in the State of New York and am a partner with the law firm of Hogan & Hartson LLP, attorneys for defendant in the above-captioned matter.

  I certify that on June 26, 2008, I electronically filed the Rule 7.1 Statement with the Clerk of Court using CM/ECF, and it is being served this day on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF, including counsel below:

  Rahul Wanchoo, Esq.
  Law Offices of Rahul Wanchoo
  Empire State Building
  350 Fifth Avenue, 59th Floor
  New York, New York 10118
  *Attorneys for plaintiff Totalmar Navigation Corp.*

Dated: June 26, 2008

              _____/s/_____
               George F. Hritz