

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

**08 CV 1659**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TOTALMAR NAVIGATION CORP.

                Plaintiff,

- against -

ATN INDUSTRIES INC.

                Defendant.
------------------------------------------------------------X

ECF CASE

08 CV ____ (___)

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR <u>MARITIME ATTACHMENT</u>**

STATE OF NEW JERSEY  )
                            )  ss:
COUNTY OF BERGEN      )

      RAHUL WANCHOO, being duly sworn, deposes and says:

      1.     I am a member of the firm of Law Offices of Rahul Wanchoo attorneys for Plaintiff, TOTALMAR NAVIGATION CORP., and make this affidavit in support of Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      2.     Based upon my inquires and to the best of my information and belief, Defendant, ATN INDUSTRIES INC. is a foreign corporation and cannot be found within this District.

3. I have not found Defendant listed in the New York telephone directory. I have also called the telephone directory assistance bureaus for this District (Area Codes 212, 718, 914), and have been informed by the operators that there are no listings for Defendant in any of these areas.

4. I have caused an online search to be made of the files containing corporate records for the New York Department of State, which includes businesses registered to do business in New York, and have found no listings for Defendant.

5. I have caused a search to be made through the Lexis/Nexis computer database of the files containing judgments for the State of New York and have found no listings for Defendant.

6. I have caused a search to be made of the worldwide web using the Google search engine and have not located Defendant's site. However, I have found that Defendant is a Florida Corporation and has no corporate presence within the State of New York.

7. Accordingly I respectfully submit Defendant cannot be found within the district and that process of maritime attachment and garnishment should be issued.

8. No previous application for an Order of Attachment or similar relief has been sought in this matter.

_____
RAHUL WANCHOO

Sworn to before me this
19th day of February, 2008

_____
Notary Public

LILA CHIN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 18, 2012

2