**HOGAN & HARTSON LLP**
Attorneys for Defendant
875  Third Avenue
New York, NY  10022
Phone (212) 918-3000
Facsimile (212) 918-3100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

TOTALMAR NAVIGATION CORP.,                    :
                                              :
                Plaintiff,                    :    Index No. 08-cv-1659 (HB)
                                              :    ECF Case
        -against-                             :
                                              :    **Notice of Filing of**
ATN INDUSTRIES INC.,                          :    **Translations of Exhibits**
                                              :
                Defendant.                    :
-------------------------------------------------------- x

        Please take notice of the filing of the annexed translations of exhibits 2, 4, 6, 8, and 10 of
Docket No. 6, Defendant's Answer, Affirmative Defenses and Verified Counterclaim that was
filed and served on June 25, 2008.

Dated:  July 3, 2008

                                    Respectfully submitted,

                                    By_____/s/_____
                                        George F. Hritz
                                        Hogan & Hartson LLP
                                        875  Third Avenue
                                        New York, NY  10022
                                        Tel: (212) 918-3000
                                        Fax: (212) 918-3100
                                        Email: gfhritz@hhlaw.com

                                        John F. O'Sullivan
                                        Hogan & Hartson LLP
                                        Mellon Financial Center
                                        1111 Brickell Avenue, Suite 1900
                                        Miami, FL 33131
                                        Tel:  (305) 459-6500
                                        Fax: (305) 459-6550
                                        Email: jfosullivan@hhlaw.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------  x
TOTALMAR NAVIGATION CORP.,                         :
                                                   :
                 Plaintiff,                        :   Index No. 08-cv-1659 (HB)
                                                   :   ECF Case
        -against-                                  :
                                                   :
ATN INDUSTRIES INC.,                               :
                                                   :
                 Defendant.                        :
------------------------------------------------------  x
```

## AFFIRMATION OF SERVICE

George F. Hritz affirms under penalty of perjury:

I am an attorney admitted to practice in the State of New York and am a partner with the law firm of Hogan & Hartson LLP, attorneys for Defendant in the above-captioned matter.

I certify that on July 3, 2008, I electronically filed the Notice of Filing of Translations of Exhibits and annexed exhibits, and they are being served this day on all counsel authorized to receive Notices of Electronic Filing generated by CM/ECF, including counsel specified below:

Rahul Wanchoo, Esq.
Law Offices of Rahul Wanchoo
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
*Attorneys for plaintiff Totalmar Navigation Corp.*

Dated:  July 3, 2008

_____/s/_____
George F. Hritz

\\\MI - 030598/000002 - 128251 v1

**EXHIBIT 2**



Caracas, May 06, 2008

**Totalmar Navigation Corp., Inc.**

This city. –

<table>
<tr><td>PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE<br>44TH NOTARY PUBLIC FOR THE<br>MUNICIPALITY OF LIBERTADOR<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA</td></tr>
</table>

Dear Sir or Madame:

The purpose of this letter is to request, in a timely fashion, compensation for the damages caused to 31 broken pipes, described as follows: steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203) belonging to the cargo of the **ship "Skala,"** which arrived from Shanghai, China, at the Port of Maraciabo, Venezuela, on January 16, 2008, with a total of 430 pipes, as listed in the attached table. The damages occurred during the maritime crossing.

Therefore, we request that you immediately pay us the corresponding amount as compensation for the damages that were caused.

The amount of this claim is Five Hundred Eighty-Seven Thousand Seven Hundred Thirty Dollars and Eleven Cents (US$ 587,630.11).

As there are no further issues to discuss, we remain at your disposal.

Sincerely,
[illegible signature]
Jose Martin Olivares
President



*8401 N.W. 53rd Terrace, Suite 209 • Miami, Florida 33166, U.S.A.*
*Tel: (305) 468-8600 • Fax (305) 468-9080*
*Caracas Office: Tel.: (58-212) 959.6763 Fax: (58-212) 959.8418*
*e-mail: atind@bellsouth.net*

# THE SHIP "SKALA"

| | |
|---|---|
| **Ship:** | Skala |
| **Arrival Date:** | January 16, 2008 |
| **Total No. of Pipes:** | 430 |
| **No. of Pipes that were Damaged:** | 31 |
| **Type of Pipes** | 2,600 mm |
| **Description of Pipes:** | Steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgic characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203). |
| **Unit Cost per Pipe:** | US$ 18,955.81 |
| **Total Cost for Damaged Pipes:** | US$ 587,630.11 |

PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

# Language Innovations, LLC™

*Helping businesses communicate worldwide*

1725 I Street, NW
Suite 300
Washington, D.C. 20006

tel     202 349.4180
fax     202 349.4182
email   translate@languageinnovations.com

## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document(s), **Ref.: Claim for cargo damages pertaining to MV Skala dated May 6, 2008,** was performed by a professional translator and is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Hogan & Hartson, LLP**. The original document was translated from **Spanish** into **English** and at completion delivered to the client on **June 26, 2008.**

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: _June 26, 2008_

Signature: _____

Mariela Díaz-Butler, Manager
Language Innovations, LLC

Subscribed and sworn before me this _26th_ day of _JUNE_ 20 _08_, at Washington, DC.

JAMES M. REED
Notary Public District of Columbia
My Commission expires_My Commission Expires June 30, 2012_

Notary Public

**EXHIBIT 4**



Caracas, May 06, 2008

**Totalmar Navigation Corp., Inc.**

This city. –



PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

Dear Sir or Madame:

The purpose of this letter is to request, in a timely fashion, compensation for the damages caused to 17 broken pipes, described as follows: steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203) belonging to the cargo of the **ship "Rainbow,"** as listed in the attached table. The damages occurred during the maritime crossing.

Therefore, we request that you immediately pay us the corresponding amount as compensation for the damages that were caused.

The amount of this claim is Three Hundred Twenty-two Thousand Two Hundred Forty-eight Dollars and Seventy-seven Cents (US$ 332,248.77).

As there are no further issues to discuss, we remain at your disposal.

Sincerely,
[illegible signature]
Jose Martin Olivares
President



*8401 N.W. 53rd Terrace, Suite 209 • Miami, Florida 33166, U.S.A.*
*Tel: (305) 468-8600 • Fax (305) 468-9080*
*Caracas Office: Tel.: (58-212) 959.6763 Fax: (58-212) 959.8418*
*e-mail: atind@bellsouth.net*

# THE SHIP "RAINBOW"

| Ship: | Rainbow |
|---|---|
| Arrival Date: | March 04, 2008 |
| Total No. of Pipes: | 357 |
| No. of Pipes that were Damaged: | 17 |
| Type of Pipes: | 2,600 mm |
| Description of Pipes: | Steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203). |
| Unit Cost per Pipe: | US$ 18,955.81 |
| Total Cost for Damaged Pipes: | US$ 322,248.77 |

PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

# Language Innovations, LLC™

*Helping businesses communicate worldwide*

1725 I Street, NW
Suite 300
Washington D.C. 20006

tel    202 349 4180
fax   202 349 4182
email  translate@languageinnovations.com

## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document(s), **Ref.: Claim for cargo damages pertaining to MV Rainbow dated May 6, 2008**, was performed by a professional translator and is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Hogan & Hartson, LLP**. The original document was translated from **Spanish** into **English** and at completion delivered to the client on **June 26, 2008.**

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: ___June 26, 2008___

Signature: _____
           Mariela Diaz-Butler, Manager
           Language Innovations, LLC

Subscribed and sworn before me this ___26th___ day of ___June___ 20 _08_ , at Washington, DC.

JAMES M. REED
Notary Public District of Columbia   ___James M. Reed___
                                         Notary Public
My Commission expires: My Commission Expires June 30, 2012

**EXHIBIT 6**



Caracas, May 06, 2008

**Totalmar Navigation Corp., Inc.**

This city. –

> PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
> 44TH NOTARY PUBLIC FOR THE
> MUNICIPALITY OF LIBERTADOR
>
> BOLIVARIAN REPUBLIC OF VENEZUELA

Dear Sir or Madame:

The purpose of this letter is to request, in a timely fashion, compensation for the damages caused to 13 broken pipes, described as follows:  steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,400 mm; minimum thickness: 14.50 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203) belonging to the **ship "Go Star,"** as listed in the attached table.  The damages occurred during the maritime crossing.

Therefore, we request that you immediately pay us the corresponding amount as compensation for the damages that were caused.

The amount of this claim is Two Hundred Twenty-Two Thousand Eight Dollars and Two Cents (US$222,008.02).

As there are no further issues to discuss, we remain at your disposal.

Sincerely,
[illegible signature]
Jose Martin Olivares
President

*8401 N.W. 53rd Terrace, Suite 209 • Miami, Florida 33166, U.S.A.*
*Tel: (305) 468-8600 • Fax (305) 468-9080*
*Caracas Office: Tel.: (58-212) 959.6763 Fax: (58-212) 959.8418*
*e-mail: atind@bellsouth.net*

# THE SHIP "GO STAR"

| | |
|---|---|
| **Ship:** | Go Star |
| **Arrival Date:** | March 06, 2008 |
| **Total No. of Pipes:** | 431 |
| **No. of Pipes that were Damaged:** | 13 |
| **Type of Pipes** | 2,400 mm |
| **Description of Pipes:** | Steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,400 mm; minimum thickness: 14.50 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203). |
| **Unit Cost per Pipe:** | US$ 17,077.54 |
| **Total Cost for Damaged Pipes:** | US$ 222,008.02 |

PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

# Language Innovations, LLC™

*Helping businesses communicate worldwide*

1725 I Street, NW
Suite 300
Washington, D.C. 20006

tel    202 349.4180
fax    202 349.4182
email  translate@languageinnovations.com

## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document(s), **Ref.: Claim for cargo damages pertaining to MV Go Star dated May 6, 2008,** was performed by a professional translator and is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Hogan & Hartson, LLP**. The original document was translated from **Spanish** into **English** and at completion delivered to the client on **June 26, 2008.**

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: _June 26, 2008_

Signature: _____
          Mariela Díaz-Butler, Manager
          Language Innovations, LLC

Subscribed and sworn before me this _26th_ day of _June_ 20 _08_, at Washington, DC.

JAMES M. REED
Notary Public District of Columbia / Notary Public
My Commission expires My Commission Expires June 30, 2012

# EXHIBIT 8





PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

Caracas, May 06, 2008

**Totalmar Navigation Corp., Inc.**

This city. –

Dear Sir or Madame:

The purpose of this letter is to request, in a timely fashion, compensation for the damages caused to 15 broken pipes, described as follows:  steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203) belonging to the **ship "Atlantica,"** as listed in the attached table.  The damages occurred during the maritime crossing.

Therefore, we request that you immediately pay us the corresponding amount as compensation for the damages that were caused.

The amount of this claim is Two Hundred Eighty-four Thousand Three Hundred Thirty-seven Dollars and Fifteen Cents (US $284,337.15).

As there are no further issues to discuss, we remain at your disposal.

Sincerely,
[illegible signature]
Jose Martin Olivares
President



*8401 N.W. 53rd Terrace, Suite 209 • Miami, Florida 33166, U.S.A.*
*Tel: (305) 468-8600 • Fax (305) 468-9080*
*Caracas Office: Tel.: (58-212) 959.6763 Fax: (58-212) 959.8418*
*e-mail: atind@bellsouth.net*

# THE SHIP "ATLANTICA"

| | |
|---|---|
| **Ship:** | Atlantica |
| **Arrival Date:** | January 20, 2008 |
| **Total No. of Pipes:** | 435 |
| **No. of Pipes that were Damaged:** | 15 |
| **Type of Pipes** | 2,600 mm |
| **Description of Pipes:** | Steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203). |
| **Unit Cost per Pipe:** | US$ 18,955.81 |
| **Total Cost for Damaged Pipes:** | US$ 284,337.15 |

PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

# Language Innovations, LLC™

*Helping businesses communicate worldwide*

1725 I Street, NW
Suite 300
Washington D.C. 20006

tel    202  349 4180
fax    202  349 4182
email  translate@languageinnovations.com

## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document(s), **Ref.: Claim for cargo damages pertaining to MV Atlantic dated May 6, 2008,** was performed by a professional translator and is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Hogan & Hartson, LLP**. The original document was translated from **Spanish** into **English** and at completion delivered to the client on **June 26, 2008**.

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: June 26, 2008

Signature:

Mariela Díaz-Butler, Manager
Language Innovations, LLC

Subscribed and sworn before me this 26th day of JUNE 20 08, at Washington, DC.

JAMES M. REED
Notary Public District of Columbia
My Commission Expires June 30, 2012   Notary Public

My Commission expires

**EXHIBIT 10**



Caracas, May 06, 2008

**Totalmar Navigation Corp., Inc.**

This city. –



PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

Dear Sir or Madame:

The purpose of this letter is to request, in a timely fashion, compensation for the damages caused to 16 broken pipes, described as follows: steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203) belonging to the **ship "Majartta,"** as listed in the attached table. The damages occurred during the maritime crossing.

Therefore, we request that you immediately pay us the corresponding amount as compensation for the damages that were caused.

The amount of this claim is Three Hundred Three Thousand Two Hundred Ninety-two Dollars and Ninety-six Cents (US $303,292.96).

As there are no further issues to discuss, we remain at your disposal.

Sincerely,
[illegible signature]
Jose Martin Olivares
President



*8401 N.W. 53rd Terrace, Suite 209 • Miami, Florida 33166, U.S.A.*
*Tel: (305) 468-8600 • Fax (305) 468-9080*
*Caracas Office: Tel.: (58-212) 959.6763 Fax: (58-212) 959.8418*
*e-mail: atind@bellsouth.net*

# THE SHIP "MAJARTTA"

| | |
|---|---|
| **Ship:** | Majarrta |
| **Arrival Date:** | February 25, 2008 |
| **Total No. of Pipes:** | 485 |
| **No. of Pipes that were Damaged:** | 16 |
| **Type of Pipes** | 2,600 mm |
| **Description of Pipes:** | Steel alloy pipes with beveled ends for soldering, manufactured per AWWA C-200 specifications or equivalent, made of materials with metallurgical characteristics similar to those for ASTM A-36 or API 5L-B Specifications; with a nominal diameter of 2,600 mm; minimum thickness: 15.88 mm; nominal length: 12m.; exterior coating: coal tar epoxy-polyamide with a thickness of 16 mils; interior coating: inert coal tar epoxy, with a total thickness of 16 mils; or coal tar enamel (AWWA C-203). |
| **Unit Cost per Pipe:** | US$ 18,955.81 |
| **Total Cost for Damaged Pipes:** | US$ 303,292.96 |

PEOPLE'S MINISTRY FOR INTERNAL AFFAIRS AND JUSTICE
44TH NOTARY PUBLIC FOR THE
MUNICIPALITY OF LIBERTADOR

BOLIVARIAN REPUBLIC OF VENEZUELA

# Language Innovations, LLC™

*Helping businesses communicate worldwide*

1725 I Street, NW
Suite 300
Washington, D.C. 20006

tel    202  349.4120
fax    202  349.4182
email  translate@languageinnovations.com

## TRANSLATION CERTIFICATION

This is to certify that the translation of the attached document(s), **Ref.: Claim for cargo damages pertaining to MV Majartta dated May 6, 2008,** was performed by a professional translator and is to the best of our knowledge and ability, a true and accurate translation of the original text delivered to Language Innovations, LLC by our client, **Hogan & Hartson, LLP**. The original document was translated from **Spanish** into **English** and at completion delivered to the client on **June 26, 2008.**

I hereby declare that all statements made herein are of my own knowledge and are true and that all statements made based on information or belief are believed to be true.

Language Innovations, LLC hereby agrees to keep the content of this translation confidential according to ethical and legal standards of the profession of Translation. Language Innovations, LLC agrees not to discuss, evaluate, distribute or reproduce any material included in or related to the translation of this document.

Date: _June 26, 2008_

Signature: _____
Mariela Diaz-Butler, Manager
Language Innovations, LLC

Subscribed and sworn before me this _26th_ day of _JUNE_ 20_08_, at Washington, DC.

JAMES M. REED
Notary Public District of Columbia    Notary Public
My Commission expires
My Commission Expires June 30, 2012