**HOGAN & HARTSON LLP**
Attorneys for Defendant
875 Third Avenue
New York, NY 10022
Phone (212) 918-3000
Facsimile (212) 918-3100

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

RECEIVED
JUL 17 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOTALMAR NAVIGATION CORP.,         :
                                                                    :
                         Plaintiff,                             :     Index No. 08-cv-1659 (HB)
        -against-                                            :     ECF Case
                                                                    :
ATN INDUSTRIES INC.,                         :
                                                                    :
                         Defendant.                         :
                                                                    :
-------------------------------------------------------- x

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant/Counterclaim-Plaintiff, ATN Industries Inc. ("ATN") files this Unopposed Motion for Leave to Exceed Page Limit.

On July 21, 2008, ATN will file a consolidated reply in support of its Motion to Vacate or Reduce *Ex Parte* Order of Maritime Attachment, Motion for Counter-Security Pursuant to Supplemental Rule E(7), and Motion to Stay Proceedings and to Compel Arbitration (collectively, the "Motions").

Under Judge Baer's Individual Practices, reply memoranda are limited to ten pages. Rule 4(C). ATN seeks leave to file its reply of approximately four pages in excess of that limit.

It is necessary to exceed the ten-page limit because the reply is a consolidated reply in support of three motions. ATN cannot adequately address Plaintiff's response to the

three motions in a consolidated reply of ten pages. ATN therefore requests leave to file its reply memorandum of approximately fourteen pages.

    WHEREFORE, ATN requests that this Court grant its Unopposed Motion for Leave to Exceed Page Limit.

Dated: July 17, 2008

Respectfully submitted,

By_____/s/_____
George F. Hritz
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: gfhritz@hhlaw.com

John F. O'Sullivan
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
Email: jfosullivan@hhlaw.com

Application Denied

SO ORDERED:

_____[signature]_____
Harold Baer, Jr., U.S.D.J.
Date: 7/21/08

- 2 -