IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ 97968
DATE FILED: 1/19/08

```
------------------------------------------------------- x
                                                         :
TOTALMAR NAVIGATION CORP.,                               :
                                                         :
                    Plaintiff,                           :     Index No. 08-cv-1659 (HB)
                                                         :     ECF Case
       -against-                                         :
                                                         :
ATN INDUSTRIES INC.,                                     :
                                                         :
                    Defendant.                           :
------------------------------------------------------- x
```

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of attorney GEORGE F. HRITZ for JULIE E. NEVINS and George F. Hritz's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Julie E. Nevins, Esq. |
| Firm Name: | HOGAN & HARTSON L.L.P. |
| Address: | Mellon Financial Center – 19th Floor |
| | 1111 Brickell Avenue |
| | City/State/Zip:Miami, FL 33131 |
| Phone Number: | (305) 459-6500 |
| Fax Number: | (305) 459-6550 |
| E-Mail Address: | JENevins@hhlaw.com |

Julie E. Nevins is admitted to practice pro hac vice as counsel for defendant ATN Industries Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
New York, New York

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED. The Honorable Harold Baer
United States District Judge

Hon. Harold Baer Jr., U.S.D.J.
Date: _____